IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RALPH S. JANVEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:13-CV-0775-N |
| | § | |
| HENRY AMADIO, *et al.*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

This Order addresses the Findings, Conclusions, and Recommendations of the United States Magistrate Judge [doc. 173]. After conducting a review of the pleadings, files, and records in this case in accordance with 28 U.S.C. § 636(b)(1), together with de novo review of those portions to which objection was made, I am of the opinion that the Findings, Conclusions, and Recommendations of the Magistrate Judge are correct, and they are hereby adopted as the determinations of the Court. The Court therefore denies Defendant Daniel T. Bogar's motion to dismiss [171].

Signed October 1, 2014.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE