IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RALPH S. JANVEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR THE STANFORD INTERNATIONAL BANK, LTD., ET AL.,<br>          Plaintiff,<br><br>v.<br><br>REBECCA HAMRIC, ET AL.,<br><br>          Defendants. | Case No. 3:13-CV-0775-N-BG |

**AGREED MOTION FOR ENTRY OF RULE 54(B) FINAL JUDGMENT**

Receiver Ralph S. Janvey ("Receiver") and Defendant Laura Holt ("Holt") (the Receiver and Holt are collectively referred to herein as the "Parties") hereby file this Agreed Motion for Entry of Final Judgment.  Pursuant to the terms of the Parties' agreement concerning the disposition of the Receiver's claim against Holt, the Parties have agreed to seek entry of final judgment against Holt in the form attached hereto.  The Parties thus jointly move this Court to enter the proposed Agreed Final Judgment, attached hereto as Exhibit 1.  Because there remains another defendant in this case, the Parties respectfully request that the Court include findings concerning Rule 54(b) as set forth in Exhibit 1.

**PRAYER**

The Parties ask the Court to enter final judgment on the Receiver's breach of fiduciary duty claim against Holt.  The Parties request such other and further relief to which they may be justly entitled.

Dated: March 23, 2018

Respectfully submitted,

**BAKER BOTTS L.L.P.**

By: /s/ *Scott D. Powers*
Kevin M. Sadler
Texas Bar No. 17512450
kevin.sadler@bakerbotts.com
Scott D. Powers
Texas Bar No. 24027746
scott.powers@bakerbotts.com
David T. Arlington
Texas Bar No. 00790238
david.arlington@bakerbotts.com
98 San Jacinto Blvd., Suite 1500
Austin, Texas 78701-4039
512.322.2500
512.322.2501 (Facsimile)

**ATTORNEYS FOR**
**RECEIVER RALPH S. JANVEY**


**TILLOTSON LAW FIRM**

By: */s/ Jeffrey M. Tillotson*
Jeffrey M. Tillotson
jtillotson@tillotsonlaw.com
750 North Saint Paul Place, Suite 610
Dallas, TX 75201
(214) 382-3041

**ATTORNEYS FOR**
**DEFENDANT LAURA HOLT**

## CERTIFICATE OF SERVICE

  On March 23, 2018, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court.

                 */s/ Scott D. Powers*
                 Scott D. Powers