# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| RALPH S. JANVEY, IN HIS CAPACITY § <br> AS COURT-APPOINTED RECEIVER FOR § <br> THE STANFORD INTERNATIONAL § <br> BANK, LTD., ET AL., § <br> Plaintiff, § <br> § <br> v. § <br> § <br> REBECCA HAMRIC, ET AL., § <br> § <br> Defendants. § <br> § | Case No. 3:13-CV-0775-N-BG |

## AGREED RULE 54(B) FINAL JUDGMENT

The Court orders that Plaintiff Ralph S. Janvey, in his capacity as court-appointed receiver for the Stanford International Bank, Ltd., et al., (the "Receiver") has judgment against Defendant Laura Holt in the amount of fifty million dollars ($50,000,000). This amount shall bear prejudgment interest from February 15, 2013 to the date of judgment, and post-judgment interest from the date of judgment until paid, at the rate of 2.06% simple interest,[1] compounded annually, for which amount execution may issue. Each party shall bear its own costs.

All relief not expressly granted as to Holt is denied. The Receiver continues to maintain claims against Linda Wingfield, another Defendant in this action. However, finding "no just reason for delay," the Court renders final judgment as to Holt. *See* Fed. R. Civ. P. 54(b). This is a final judgment as to Holt.

---

[1] This rate reflects the most current Post Judgment Rate for the Northern District of Texas, published at http://www.txnd.uscourts.gov/publications/interest/rate_2015_2019.html#2015.

**AGREED RULE 54(B) FINAL JUDGMENT**

SIGNED this 30th day of March, 2018.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE